# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PAUL IAN CAREY**                                                     **PLAINTIFF**

**V.**                           **NO. 3:25-cv-273-DPM-ERE**

**AMANDA MURPHY**                                        **DEFENDANT**

## ORDER

On January 2, 2026, mail sent to *pro se* plaintiff Paul Ian Carey from the Court was returned as undeliverable. *Doc. 6.*

Mr. Carey has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 3*). As a result, the Court has no way to communicate with Mr. Carey about his lawsuit.

IT IS THEREFORE ORDERED THAT:

1. If Mr. Carey wants to pursue this case, he must notify the Court of his current address within 30 days.

2. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

SO ORDERED 7 January 2026.

_____
UNITED STATES MAGISTRATE JUDGE