# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

PAUL IAN CAREY                                                            PLAINTIFF

v.                                      No: 3:25-cv-273-DPM

AMANDA MURPHY,
Correction Officer, Ash Flat Jail                               DEFENDANT

## ORDER

1.    The Court withdraws the reference.

2.    Carey hasn't updated his address; and his mail is still being returned undelivered. *Doc. 7-10*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 February 2026