# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**PAUL IAN CAREY**                                    **PLAINTIFF**

**v.**                          **No: 3:25-cv-273-DPM**

**AMANDA MURPHY,**
**Correction Officer, Ash Flat Jail**                **DEFENDANT**

## JUDGMENT

Carey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 February 2026